

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G.,** Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's brief was due by December 27, 2019, and was not filed. On January 21, 2020, this court contacted the State about the late brief. On January 22, 2020, the State filed its brief along with a motion for extension of time requesting an extension of thirty-three days to make the brief timely. After consideration, we **GRANT** the State's motion and deem the brief timely filed.

It is so **ORDERED** on this 27th day of January, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court